No. 05–242. BURLINGTON NORTHERN & SANTA FE RAILWAY CO. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA. C. A. 9th Cir. Certiorari denied. 

No. 05–283. HOPKINS v. DIBELLA. C. A. 2d Cir. Certiorari denied. 

No. 05–285. LALANI v. UNITED STATES;
No. 05–317. DHANANI v. UNITED STATES; and
No. 05–330. LALANI v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–303. JONES v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 05–307. PENNY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–320. HAMRIC v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–329. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–334. PRATCHARD v. UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 05–5100. KEMP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5114. WAIDLA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 05–5183. SMITH ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5199. BIEGHLER v. MCBRIDE, SUPERINTENDENT, MAXIMUM CONTROL FACILITY. C. A. 7th Cir. Certiorari denied. 

No. 05–5200. DIVERS v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied. 

No. 05–5221. ROSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.